IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARK DELANE WARD,

        Plaintiff,

v.                                        CIVIL ACTION NO.   3:12-6186

LAUREN PLYMALE, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court deny Plaintiff's motion for injunction, motion for review of state court denial of mandamus relief, and motion for an MRI of his leg (ECF Nos. 5, 11, 15).  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Plaintiff's motion for injunction, motion for review of state court denial of mandamus relief, and motion for an MRI of his leg (ECF Nos. 5, 11, 15), consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                        ENTER:        July 17, 2013

                                      ROBERT C. CHAMBERS, CHIEF JUDGE